# U.S. District Court

## California Southern - San Diego

Receipt Date: Mar 4, 2026 1:59PM

RUDY J NANQUIL

Rcpt. No: 167543        Trans. Date: Mar 4, 2026 1:59PM        Cashier ID: #KH (7214)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | 26CV1383 | 1 | 405.00 | 405.00 |

| CD | Tender | | Amt |
|---|---|---|---|
| CA | Cash | | $405.00 |
| | | Total Due Prior to Payment: | $405.00 |
| | | Total Tendered: | $405.00 |
| | | Total Cash Received: | $405.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.