MARK I. WRAIGHT (State Bar No. 228303)
miw@severson.com
REBECCA S. SAELAO (State Bar No. 222731)
rss@severson.com
JOSEPH W. GUZZETTA (State Bar No. 233560)
jwg@severson.com
STINSON LLP
595 Market Street, Suite 2600
San Francisco, California 94105
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY J. NANQUIL,<br><br>        Plaintiff,<br><br>    vs.<br><br>JP MORGAN CHASE BANK, N.A.;<br>SYNCHRONY BANK; AMERICAN<br>EXPRESS NATIONAL BANK, BANK<br>OF AMERICA, N.A.; CALIFORNIA<br>CREDIT UNION; CITIBANK, N.A.;<br>WELLS FARGO BANK, N.A.;<br>TRANS UNION LLC; EXPERIAN<br>INFORMATION SOLUTIONS, INC.;<br>and EQUIFAX INFORMATION<br>SERVICES LLC,<br><br>        Defendants. | Case No. 26CV1383-JLS-BJW<br><br>**WELLS FARGO BANK, N.A'S FRCP 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>Honorable Janis L. Sammartino<br><br><br>Complaint Filed: March 4, 2026 |

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), the undersigned, counsel of record for Defendant Wells Fargo Bank, N.A. certifies that the following listed parties may have pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

1.	Defendant Wells Fargo Bank, N.A. is a subsidiary of Wells Fargo & Company, which is publicly traded on the New York Stock Exchange under the symbol WFC. No individual or entity owns 10% or more of the outstanding shares of Wells Fargo & Company.

DATED:  March 20, 2026		STINSON LLP


					By:	*/s/ Joseph W. Guzzetta*
						JOSEPH W. GUZZETTA

					Attorneys for Defendant
					WELLS FARGO BANK, N.A.

---

WELLS FARGO'S CORPORATE DISCLOSURE STATEMENT

CORE/3547685.3656/240517066.1