MARK I. WRAIGHT (State Bar No. 228303)
miw@severson.com
REBECCA S. SAELAO (State Bar No. 222731)
rss@severson.com
JOSEPH W. GUZZETTA (State Bar No. 233560)
jwg@severson.com
STINSON LLP
595 Market Street, Suite 2600
San Francisco, California 94105
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY J. NANQUIL,<br><br>Plaintiff,<br><br>vs.<br><br>JP MORGAN CHASE BANK, N.A.; SYNCHRONY BANK; AMERICAN EXPRESS NATIONAL BANK, BANK OF AMERICA, N.A.; CALIFORNIA CREDIT UNION; CITIBANK, N.A.; WELLS FARGO BANK, N.A.; TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendants. | Case No. 26CV1383-JLS-BJW<br><br>**PROOF OF SERVICE**<br><br>Honorable Janis L. Sammartino<br><br>Complaint Filed: March 4, 2026 |

CORE/3547685.3656/240526414.1

<u>**PROOF OF SERVICE**</u>

*Rudy J. Nanquil v. JP Morgan Chase Bank, N.A.*
**26CV1383-JLS-BJW**

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of San Francisco, State of California.  My business address is 595 Market Street, Suite 2600, San Francisco, CA 94105.

On March 20, 2026, I served true copies of the following document(s) described as

**STIPULATED JOINT MOTION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT;**

**[PROPOSED] ORDER EXTENDING WELLS FARGO BANK, N.A.'s TIME TO RESPOND TO INITIAL COMPLAINT; and**

**WELLS FARGO BANK, N.A'S FRCP 7.1 CORPORATE DISCLOSURE STATEMENT**

on the interested parties in this action as follows:

Rudy J. Nanquil                              *Plaintiff in Pro Per*
1150 E Street
Unit 1801
San Diego. CA 92101

**BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with the practice of Stinson LLP for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.  The envelope was placed in the mail at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 20, 2026, at San Francisco, California.

*Claudia O. Perez*
_____
Claudia O. Perez