**MCGUIREWOODS LLP**
NICOLAS A. MAK-WASEK (SBN 365820)
nmakwasek@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA  94111-3821
Telephone:  415.844.9944

Attorneys for Synchrony Bank, N.A.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY J. NANQUIL,<br><br>Plaintiff,<br><br>vs.<br><br>JP MORGAN CHASE BANK, N.A.; SYNCHRONY BANK; AMERICAN EXPRESS NATIONAL BANK; BANK OF AMERICA, N.A.; CALIFORNIA CREDIT UNION; CITIBANK, N.A.; WELLS FARGO BANK, N.A.; TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS INC.; and EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendants. | CASE NO. 26-cv-1383-JLS-BJW<br><br>The Hon. Janis L. Sammartino<br><br>**JOINT MOTION TO EXTEND TIME FOR DEFENDANT SYNCHRONY BANK, N.A. TO RESPOND TO PLAINTIFF RUDY J. NANQUIL'S COMPLAINT**<br><br>Current Deadline: April 2, 2026<br>Requested Deadline: April 23, 2026 |

Defendant Synchrony Bank, N.A. ("Defendant") and Plaintiff Rudy J. Nanquil ("Plaintiff") (collectively, the "Parties") jointly file this Joint Motion to Extend Time for Defendant to Respond to Plaintiff's Complaint for Damages ("Complaint"). Granting this Motion would allow Defendant sufficient time to investigate the claims and facilitate early settlement discussions between the Parties, potentially obviating the need for further litigation. In support of this Motion, the Parties make the following Declaration pursuant to the Court's Local Rules and

1

26-cv-1383-JLS-BJW
JOINT MOTION TO EXTEND TIME FOR DEFENDANT SYNCHRONY BANK, N.A. TO
RESPOND TO PLAINTIFF RUDY J. NANQUIL'S COMPLAINT

submit this Memorandum of Points and Authorities.

## PARTIES' DECLARATION

1.     Plaintiff filed the Complaint on March 4, 2026.

2.     Defendant was served with the Summons and Complaint on March 12, 2026.

3.     Defendant's responsive pleading is currently due on April 2, 2026.

4.     Defendant is still investigating the Complaint's allegations and requires additional time to complete its review of the facts.

5.     The Parties are also currently engaged in settlement discussions that could resolve this matter quickly. Granting the Motion might thus obviate the need for further litigation, conserving the Court's and the Parties' resources.

6.     Accordingly, the Parties request that the time for Defendant to file a responsive pleading be extended to April 23, 2026.

7.     The Parties' counsel met and conferred on March 17, 2026, and agreed to jointly submit this Declaration and Motion.

## MEMORANDUM OF POINTS AND AUTHORITIES

8.     Civil Local Rule 12.1 allows courts to extend the time to respond to a complaint upon a "showing of good cause." Civ. Local R. 12.1.

9.     Good cause exists here. *See CFPB v. Global Fin. Support, Inc.*, No. 15-cv-2440-GPC-AHG, 2021 WL 1165078, at *4 (S.D. Cal. Mar. 26, 2021) ("[G]ood cause exists where the proposed withdrawal will promote the prompt resolution of this matter and conserve judicial resources."); *Mendoza v. United States*, No. 15cv1528 JAH (BGS), 2016 WL 11939645, at *4 (S.D. Cal. June 23, 2016) (good cause for a stay that conserves "resources of the parties and the court").

10.     The proposed extension would not prejudice Plaintiff.

/ / /

/ / /

2

26-cv-1383-JLS-BJW
JOINT MOTION TO EXTEND TIME FOR DEFENDANT SYNCHRONY BANK, N.A. TO
RESPOND TO PLAINTIFF RUDY J. NANQUIL'S COMPLAINT

## CONCLUSION

For the foregoing reasons, the Parties respectfully request that the Court extend the deadline for Defendant to respond to the Complaint to April 23, 2026.

DATED: March 22, 2026        MCGUIREWOODS LLP


By:   */s/ Nicolas A. Mak-Wasek*
                        Nicolas A. Mak-Wasek

*Attorneys for Defendant*
*Synchrony Bank, N.A.*


DATED: March 23, 2026        RUDY J. NANQUIL


By:   */s/ Rudy J. Nanquil* (with permission)
                        Rudy J. Nanquil

*Plaintiff, Pro Se*

26-cv-1383-JLS-BJW
JOINT MOTION TO EXTEND TIME FOR DEFENDANT SYNCHRONY BANK, N.A. TO RESPOND TO PLAINTIFF RUDY J. NANQUIL'S COMPLAINT

**ATTESTATION**

The undersigned hereby attests that all signatories listed above, and on whose behalf this Joint Motion is submitted, concur in and have authorized the filing of this Joint Motion. *Civ. Local R. 7.2.*

*/s/ Nicolas A. Mak-Wasek*
Nicolas A. Mak-Wasek

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2026, the foregoing **DEFENDANT SYNCHRONY BANK N.A.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF RUDY J. NANQUIL'S COMPLAINT** was filed electronically in the Court's Electronic Case Filing system (ECF), thereby upon completion the ECF system automatically generated a Notice of Electronic Filing (NEF) as service through CM/ECF to registered e-mail addresses of parties of record in the case.

MCGUIREWOODS LLP

By:  */s/ Nicolas A. Mak-Wasek*
Nicolas A. Mak-Wasek

Attorney for Defendant Synchrony Bank, N.A.

1

26-cv-1383-JLS-BJW

CERTIFICATE OF SERVICE