**MCGUIREWOODS LLP**
NICOLAS A. MAK-WASEK (SBN 365820)
nmakwasek@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA  94111-3821
Telephone:  415.844.9944

Attorneys for Synchrony Bank, N.A.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY J. NANQUIL,<br><br>Plaintiff,<br><br>vs.<br><br>JP MORGAN CHASE BANK, N.A.; SYNCHRONY BANK; AMERICAN EXPRESS NATIONAL BANK; BANK OF AMERICA, N.A.; CALIFORNIA CREDIT UNION; CITIBANK, N.A.; WELLS FARGO BANK, N.A.; TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS INC.; and EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendants. | CASE NO. 26-cv-1383-JLS-BJW<br><br>The Hon. Janis L. Sammartino<br><br>**DEFENDANT SYNCHRONY BANK, N.A.'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF PARTIES WITH FINANCIAL INTEREST** |

1

Pursuant to Federal Rule of Civil procedure 7.1 and Local Rule 40.2, the undersigned, counsel of record for Defendant Synchrony Bank, N.A. ("Synchrony") in the above-captioned matter, certifies that:

1.   Synchrony and Plaintiff Rudy J. Nanquil may have a financial interest in the outcome of this case.

2.   Synchrony is a wholly owned subsidiary of Synchrony Financial. Synchrony Financial is a publicly traded company, and no entity or shareholder owns more than 10% of its publicly traded shares.

Synchrony reserves the right to supplement or amend this disclosure.

DATED:   March 23, 2026

                              MCGUIREWOODS LLP

                         By:   */s/ Nicolas A. Mak-Wasek*
                               Nicolas A. Mak-Wasek

                               Attorneys for Defendant Synchrony Bank, N.A.

26-cv-1383-JLS-BJW
DEFENDANT SYNCHRONY BANK N.A.'S CORPORATE DISCLOSURE STATEMENT
AND NOTICE OF PARTIES WITH FINANCIAL INTEREST

# CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2026, the foregoing **DEFENDANT SYNCHRONY, BANK N.A.'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF PARTIES WITH FINANCIAL INTEREST** was filed electronically in the Court's Electronic Case Filing system (ECF), thereby upon completion the ECF system automatically generated a Notice of Electronic Filing (NEF) as service through CM/ECF to registered e-mail addresses of parties of record in the case.

MCGUIREWOODS LLP

By:   */s/ Nicolas A. Mak-Wasek*
Nicolas A. Mak-Wasek

Attorney for Defendant Synchrony Bank, N.A.

1