UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY J. NANQUIL,<br><br>                                      Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A.;<br>SYNCHRONY BANK; AMERICAN<br>EXPRESS NATIONAL BANK, BANK<br>OF AMERICA, N.A.; CALIFORNIA<br>CREDIT UNION; CITIBANK, N.A.;<br>WELLS FARGO BANK, N.A.;<br>TRANS UNION LLC; EXPERIAN<br>INFORMATION SOLUTIONS, INC.;<br>and EQUIFAX INFORMATION<br>SERVICES LLC,<br><br>                                      Defendants. | Case No.:  26-CV-1383 JLS (BJW)<br><br>**ORDER GRANTING MOTION FOR LEAVE TO ELECTRONICALLY FILE**<br><br>(ECF No. 7) |

Presently before the Court is pro se Plaintiff Rudy J. Nanquil's Motion for Leave to File Electronically ("Mot.," ECF No. 7).  Plaintiff seeks leave to file documents electronically.  Mot. at 2.

Generally, "[e]xcept as prescribed by local rule, order, or other procedure, the Court has designated all cases to be assigned to the Electronic Filing System."  S.D. Cal. CivLR 5.4(a).  With respect to *pro se* litigants, however, "[u]nless otherwise authorized by the

26-CV-1383 JLS (BJW)

court, all documents submitted for filing to the Clerk's Office . . . must be in legible, paper form." Office of the Clerk, United States District Court for the Southern District of California, *Electronic Case Filing Administrative Policies and Procedures Manual*, § 2(b) (Sept. 24, 2025) [hereinafter "ECF Manual].[1] "A pro se party seeking leave to electronically file documents must file a motion and demonstrate the means to do so properly by stating their equipment and software capabilities in addition to agreeing to follow all rules and policies in the CM/ECF Administrative Policies and Procedures Manual." *Id.*

The *ECF Manual* refers to the Court's official website for CM/ECF technical specifications, *id.* § 1(i), which include a "[c]omputer running on Windows or Macintosh"; "[s]oftware to convert documents from a word processor format to portable document format (PDF)," such as "Adobe Acrobat 7.0 and higher"; "[i]nternet access supporting a transfer rate of 56kb or higher"; a compatible browser, such as "Firefox 3.5, and Internet Explorer 6.0 and 7.0"; a "[s]canner to image non-computerized documents 400 pixels per inch (ppi)"; and a PACER account. United States District Court, Southern District of California, *CM/ECF Information: General Information*, https://www.casd.uscourts.gov/cmecf.aspx (last visited Oct. 23, 2025).

Here, Plaintiff has provided the required particulars about his access to technology conforming to the CM/ECF technical specifications noted above, and Plaintiff has agreed to be bound by the rules and policies in the *ECF Manual*. Mot. at 2. Accordingly, the Court **GRANTS** Plaintiff's Motion (ECF No. 7).

**IT IS SO ORDERED.**

Dated:  March 23, 2026

Hon. Janis L. Sammartino
United States District Judge

---

[1] Available at: https://www.casd.uscourts.gov/_assets/pdf/cmecf/Electronic%20Case%20Filing%20Procedures%20Manual.pdf.

26-CV-1383 JLS (BJW)