UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY J. NANQUIL,<br><br>                                    Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A.;<br>SYNCHRONY BANK; AMERICAN<br>EXPRESS NATIONAL BANK, BANK<br>OF AMERICA, N.A.; CALIFORNIA<br>CREDIT UNION; CITIBANK, N.A.;<br>WELLS FARGO BANK, N.A.;<br>TRANS UNION LLC; EXPERIAN<br>INFORMATION SOLUTIONS, INC.;<br>and EQUIFAX INFORMATION<br>SERVICES LLC,<br><br>                                    Defendants. | Case No.:  26-CV-1383 JLS (BJW)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>(ECF No. 4) |

Presently before the Court is the Parties' Joint Motion to Extend Time to Respond to Complaint ("Joint Mot.," ECF No. 4).  The Parties seek an extension for Defendant Wells Fargo Bank, N.A. ("Wells Fargo") to respond to the Complaint to allow adequate time "to investigate Plaintiff's claims and prepare an answer or other responses to the [C]omplaint."  Joint Mot. at 2.

/ / /

1

Accordingly, good cause appearing, the Court **GRANTS** the Joint Motion. Defendants **SHALL RESPOND** to the Complaint <u>on or before May 1, 2026</u>.

    **IT IS SO ORDERED.**

Dated:  March 23, 2026

Hon. Janis L. Sammartino
United States District Judge

26-CV-1383 JLS (BJW)