MORGAN, LEWIS & BOCKIUS LLP
Brian C. Frontino, Bar No. 222032
brian.frontino@morganlewis.com
2049 Century Park East, Suite 700
Los Angeles, CA  90067-3109
Tel:   +1.310.907.1000
Fax:   +1.310.907.1001

Attorneys for Defendant
AMERICAN EXPRESS NATIONAL BANK

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY J. NANQUIL,<br><br>Plaintiff,<br><br>vs.<br><br>JP MORGAN CHASE BANK, N.A.; SYNCHRONY BANK; AMERICAN EXPRESS NATIONAL BANK; BANK OF AMERICA, N.A.; CALIFORNIA CREDIT UNION; CITIBANK, N.A.; WELLS FARGO BANK, N.A.; TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS INC.; and EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendant. | Case No. 3:26-cv-01383-JLS-BJW<br><br>[Assigned to: Judge Janis L. Sammartino]<br><br>**JOINT MOTION TO EXTEND TIME FOR AMERICAN EXPRESS NATIONAL BANK TO RESPOND TO PLAINTIFF'S COMPLAINT PURSUANT TO LOCAL RULE 12.1**<br><br>Complaint Served:       March 12, 2026<br>Current Response Date: April 2, 2026<br>New Response Date:     May 4, 2026 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

JOINT MOTION TO EXTEND TIME
TO RESPOND TO COMPLAINT
CASE NO. 3:26-cv-01383-JLS-BJW

DB1/ 163360866.1

Defendant AMERICAN EXPRESS NATIONAL BANK ("AMERICAN EXPRESS") and plaintiff RUDY J. NANQUIL ("Plaintiff") through their undersigned counsel, hereby jointly move and stipulate as follows:

WHEREAS, on March 4, 2026, Plaintiff filed a complaint in the above-mentioned Court (the "Complaint") (See ECF No. 1);

WHEREAS, Plaintiff served the Complaint on AMERICAN EXPRESS on March 12, 2026, making AMERICAN EXPRESS's response to the Complaint due on or before April 2, 2026;

WHEREAS, undersigned counsel for AMERICAN EXPRESS was recently retained, and immediately reached out to Plaintiff's counsel to request an extension of time to respond to the Complaint so that undersigned counsel could review the Complaint and claims set forth therein and determine whether the matter may be resolved without further court involvement;

WHEREAS, the parties are in active settlement negotiations;

WHEREAS, pursuant to Local Rule 12.1, Plaintiff and AMERICAN EXPRESS have agreed to extend the date by which AMERICAN EXPRESS must respond to the Complaint—by answer, motion or otherwise—by thirty (30) days, to and including May 4, 2026;

WHEREAS, Plaintiff and AMERICAN EXPRESS have not requested any previous extensions of AMERICAN EXPRESS's deadline to respond to the Complaint, and this Joint Motion is submitted in good faith and not for purposes of delay;

WHEREAS, pursuant to Local Rule 12.1, this Joint Motion will not alter the date of any event or any deadline already fixed by Court order.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED between Plaintiff and AMERICAN EXPRESS, that AMERICAN EXPRESS's time to respond to the Complaint—by answer, motion or otherwise—is extended by thirty (30) days, to and including  May 4, 2026.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

JOINT MOTION TO EXTEND TIME
TO RESPOND TO COMPLAINT
CASE NO. 3:26-cv-01383-JLS-BJW

DB1/ 163360866.1

Dated: March 25, 2026

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By:  _/s/ Brian C. Frontino_
    Brian C. Frontino

Attorneys for Defendant
AMERICAN EXPRESS NATIONAL BANK

Dated: March 19, 2026

By:  _/s/ Rudy J. Nanquil_
    Rudy J. Nanquil

Pro Se Plaintiff

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 163360866.1

3

JOINT MOTION TO EXTEND TIME
TO RESPOND TO COMPLAINT
CASE NO. 3:26-cv-01383-JLS-BJW

## ECF SIGNATURE CERTIFICATION

Pursuant to Local Rule 4.1(d), I hereby certify that I have obtained authorization from Plaintiff, Rudy J. Nanquil to affix his electronic signature to this document.

Dated: March 25, 2026

_/s/ Brian C. Frontino_
Brian C. Frontino

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 163360866.1

4

JOINT MOTION TO EXTEND TIME
TO RESPOND TO COMPLAINT
CASE NO. 3:26-cv-01383-JLS-BJW

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 25, 2026 a copy of the foregoing **JOINT MOTION TO EXTEND TIME FOR DEFENDANT AMERICAN EXPRESS NATIONAL BANK TO RESPOND TO PLAINTIFF'S COMPLAINT PURSUANT TO LOCAL RULE 12.1** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

*/s/ Brian C. Frontino*
Brian C. Frontino

CERTIFICATE OF SERVICE
CASE NO. 3:26-cv-01383-JLS-BJW

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 163360866.1