UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY J. NANQUIL,<br><br>                                    Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A.;<br>SYNCHRONY BANK; AMERICAN<br>EXPRESS NATIONAL BANK, BANK<br>OF AMERICA, N.A.; CALIFORNIA<br>CREDIT UNION; CITIBANK, N.A.;<br>WELLS FARGO BANK, N.A.;<br>TRANS UNION LLC; EXPERIAN<br>INFORMATION SOLUTIONS, INC.;<br>and EQUIFAX INFORMATION<br>SERVICES LLC,<br><br>                                    Defendants. | Case No.:  26-CV-1383 JLS (BJW)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR AMERICAN EXPRESS NATIONAL BANK TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(ECF No. 14) |

Presently before the Court is the Parties' Joint Motion to Extend Time for American Express National Bank to Respond to Plaintiff's Complaint ("Joint Mot.," ECF No. 14). The Parties seek an extension for Defendant American Express National Bank ("American Express") to respond to the Complaint to allow adequate time to "review the Complaint . . . and determine whether the matter may be resolved without further court involvement." Joint Mot. at 2.

1

Accordingly, good cause appearing, the Court **GRANTS** the Joint Motion. Defendants **SHALL RESPOND** to the Complaint <u>on or before May 4, 2026</u>.

**IT IS SO ORDERED.**

Dated:  March 26, 2026

Hon. Janis L. Sammartino
United States District Judge

26-CV-1383 JLS (BJW)