Jason S. Roberts, Esq. (SBN: 221978)
**Quilling, Selander, Lownds, Winslett & Moser, P.C.**
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
Telephone: (317) 497-5600, Ext. 613
Email: jason.roberts@qslwm.com

Attorneys for Defendant
TRANS UNION LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUDY NANQUIL,<br>Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A.; SYNCHRONY BANK; AMERICAN EXPRESS NATIONAL BANK; BANK OF AMERICA, N.A.; CALIFORNIA CREDIT UNION; CITIBANK, N.A.; WELLS FARGO BANK, N,A,; TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS INC.; and EQUIFAX INFORMATION SERVICES LLC;<br>Defendants. | Case No. 3:26-cv-01383-JLS-BJW<br><br>Hon. Janis L. Sammartino<br><br>**MOTION FOR WITHDRAWAL OF COUNSEL FOR DEFENDANT TRANS UNION LLC**<br><br>Complaint Filed: March 4, 2026 |

Defendant Trans Union LLC ("Trans Union") respectfully requests an Order permitting the withdrawal of its counsel, Jason S. Roberts. Trans Union will continue to be represented by Donald Bradley, who has filed his notice of appearance.

Pursuant to Local Rule 83.3(f)(3), a copy of this motion has been served on Plaintiff Rudy Nanquil and Defendants JPMorgan Chase Bank, N.A., Synchrony Bank, American Express National Bank, Bank of America, N.A., California Credit Union, Citibank, N.A., Wells Fargo Bank, N.A., Equifax Information Services LLC, and Experian Information Solutions, Inc. A declaration pertaining to such service follows this motion.

Respectfully submitted,

**Quilling, Selander, Lownds, Winslett & Moser, P.C.**

Date: May 5, 2026

*/s/ Jason S. Roberts*
Jason S. Roberts
Attorneys for Defendant
TRANS UNION LLC

## PROOF OF SERVICE

I, Jason S. Roberts declare that I am a resident of the State of Indiana, am over the age of eighteen years and am not a party to the within action. I am employed with Quilling, Selander, Lownds, Winslett & Moser, P.C. whose address is 10333 North Meridian Street, Suite 200, Indianapolis, IN 46290. On May 5, 2026, 2026, I served the following documents: **MOTION FOR WITHDRAWAL AS COUNSEL FOR DEFENDANT TRANS UNION LLC**

I served the documents on the persons listed below, as follows:

| | |
|---|---|
| [ X ] | **By CM/ECF Notice of Electronic Filing**: I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court. |

All documents were sent to the following persons in the following manner:

Rudy Nanquil
rudynanquil@gmail.com

Brian C. Frontino, Esq.
Brian.frontino@morganlewis.com

Christopher Fredrich, Esq.
cfredrich@steptoe.com

Mark K. Worthge, Esq., Esq.
Mark.worthge@kaufmandolowich.com

Nicolas Mak-Wasek, Esq.
nmakwasek@mcguirewoods.com

Joseph W. Guzzetta, Esq.
Joe.guzzetta@stinson.com

Jessica E. James, Esq.
jjames@mcguirewoods.com

Elliot G. Johnnson, Esq.
johnsoneg@ballardspahr.com

Thomas P. Quinn, Jr., Esq.
tquinn@nokesquinn.com

Rebecca S. Saelao, Esq.
Rebecca.saelao@stinson.com

Heather C. Smith, Esq.
Heather.c.smith@troutman.com

Donald E. Bradley, Esq.
d.bradley@musickpeeler.com

I declare under penalty of perjury under the laws of the States of Indiana and California that the foregoing is true and correct, and that this Proof of Service was executed on this 5th day of May, 2026, at Indianapolis, IN.

*/s/ Jason S. Roberts*
Jason S. Roberts